STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
MIGUEL CRUZ-ANTONIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00957-LHK |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MIGUEL CRUZ-ANTONIO, | |
| Defendant. | |

1. On December 22, 2011, Mr. Cruz was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, Mr. Cruz elected to decline the offer of a fast-track plea disposition and on January 9, 2013, he changed his plea to guilty before this Honorable Court. The sentencing hearing was scheduled for March 27, 2013.

3. Counsel for Mr. Cruz has missed a great deal of time from work during the last three or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a result, Counsel has not been able to prepare and file a sentencing position paper on Mr. Cruz' behalf.

///

1      4. For the above stated reasons, the sentencing hearing shall be continued to May 1,
2  2013, at 9:00 a.m.

4      IT IS SO ORDERED.

6  Dated: __3/26/13__     _/s/ Lucy H. Koh_
                                HON. LUCY A. KOH
7                                 United States District Judge